THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Vanessa Beeks, Appellant.
 
 
 

Appeal from Greenville County
 D. Garrison Hill, Circuit Court Judge

Unpublished Opinion No.  2008-UP-232
 Submitted April 1, 2008  Filed April 15,
 2008

APPEAL DISMISSED

 
 
 
 Chief Attorney, Joseph L. Savitz, III, South Carolina Commission
 on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor Robert M. Ariail, of
 Greenville, for Respondent.
 
 
 

PER CURIAM:  Vanessa Beeks appeals her guilty
 plea for grand larceny, armed robbery,
 and assault and battery of a high and aggravated nature.  Beeks
 claims that her guilty plea did not comply with the mandates set forth in Boykin
 v. Alabama, 395 U.S. 238 (1969).  Specifically, she claims the taking of
 her plea in a group setting rendered her plea involuntary as she could have
 been influenced by the actions of the other defendants.    After a thorough review of the record
 and counsels brief pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss her appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., and PIEPER, J., and GOOLSBY, A.J.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.